# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| HELENA L. HALL | : | CIVIL ACTION |
|---|---|---|
| Plaintiff, | : | |
| v. | : | |
| | : | No. 09-2846 |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 9th day of June, 2010, upon consideration of United States Magistrate Judge Timothy R. Rice's Report and Recommendation and all other relevant papers in the record, for the reasons set forth in the accompanying memorandum, it is **ORDERED** that:

1. Plaintiff's Objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**;

2. Magistrate Judge Timothy R. Rice's Report and Recommendation is **APPROVED** and **ADOPTED**;

3. Plaintiff's request for review [paper no. 5] is **DENIED**; and

4. **JUDGMENT** will be entered in favor of the defendant.

/s/ Norma L. Shapiro
J.